UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **22-22405-CIV-MARTINEZ-SANCHEZ**

ALEJANDRO J. PESTANA
and other similarly situated individuals,

    Plaintiff,

vs.

PORTO ALEGRE BRAZILIAN GRILL &
BAR, CORP., and JANOUSKY A. TORRES,
individually,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Renewed Motion for Entry of Final Default Judgment against all Defendants ("Motion"), (ECF No. 18). Judge Sanchez filed an R&R recommending that the Motion be granted. (ECF No. 21). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 21), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Plaintiff's Motion, (ECF No. 18), is **GRANTED** as follows:

1. Final default judgment shall be entered in favor of Plaintiff and against all Defendants.

2. Plaintiff shall be awarded $9,540.00 in damages and liquidated damages under the FLSA against the Defendants, jointly and severally, and $6,120.00 in attorneys' fees and $587.00 in costs against Defendants, jointly and severally.

3. Final default judgment will be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 27 day of September, 2024.

JOSE E. MARTINEZ<br>
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record