UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22405-CIV-MARTINEZ-SANCHEZ

ALEJANDRO J. PESTANA
and other similarly situated individuals,

  Plaintiff,

v.

PORTO ALEGRE BRAZILIAN GRILL &
BAR, CORP., and JANOUSKY A. TORRES,
individually,

  Defendants.
_____/

## FINAL JUDGMENT

**PURSUANT** to Federal Rules of Civil Procedure 55 and 58, and in accordance with the reasons set forth in this Court's Order Adopting Magistrate Judge's Report and Recommendation ("R&R"), (ECF No. 22), it is hereby

**ORDERED AND ADJUDGED** that:

1. Final Default Judgment is **ENTERED** in favor of Plaintiff Alejandro J. Pestana and against all Defendants.

2. Plaintiff shall recover from the Defendants, jointly and severally, $9,540.00 in damages and liquidated damages under the FLSA and $6,120.00 in attorneys' fees and $587.00 in costs.

3. Plaintiff **SHALL** immediately send a copy of this Order to Defendants and file a certificate of service on the record.

4. The Clerk shall **CLOSE** this case. All deadlines and hearings are **TERMINATED,** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 2 day of October, 2024.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record